EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aprobación de Baja Voluntaria de diciembre de 2016 a febrero 2018 | 2018 TSPR 77<br><br>200 DPR ____ |

Número del Caso:  EM-2018-11


Fecha: 8 de mayo de 2018


Materia:  Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de
Baja Voluntaria de
diciembre de 2016
a febrero 2018                    EM-2018-11


RESOLUCIÓN


En San Juan, Puerto Rico, a   8   de mayo de 2018.

        Durante  el  periodo  de  diciembre  2016  a
febrero  de  2018,  este  Tribunal  autorizó  la  Baja
Voluntaria de los siguientes abogados(as):

**diciembre 2016**

| | |
|---|---|
| José L. Rivera Rodríguez | 4148 |

**febrero 2017**

| | |
|---|---|
| José A. Olivieri Rodríguez | 3539 |
| Gerardo Jeannot | 5235 |
| Carmen D. Suria de Crespo | 3760 |

**marzo 2017**

| | |
|---|---|
| Armindo Colón Vargas | 2900 |
| Chaiben J. Fas Alzamora | 3614 |

**mayo 2017**

| | |
|---|---|
| Waldemar Cima de Villa Malavé | 3432 |

**junio 2017**

| | |
|---|---|
| Francisco Delgado Roldán | 6490 |

**agosto 2017**

| | |
|---|---|
| Wilfredo Marcial González | 3346 |
| Miguel Parga Vilá | 3787 |

**septiembre 2017**

Grisel V. Crespo Aldarondo                          7115

**noviembre 2017**

José R. Gautier Colón                               2412

**diciembre 2017**

Isabel M. Casellas Rodríguez                        10,863
Jan E. Helfeld                                      4120
Jorge A. Miranda Zon                                4461
Nitza I. Quiñones Alejandro                         5101
Juan José Rivera Rodríguez                          7037

**febrero 2018**

Luis A. López Olmedo                                3056

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo